UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>vs.<br><br>Uwucpc"Ogpfq|c<br><br>                           Defendant. | Case No.  43/et/25384/LNU<br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐  the Court has dismissed the case for unnecessary delay; or

☐  the Court has granted the motion of the Government for dismissal, without prejudice; or

☐  the Court has granted the motion of the defendant for a judgment of acquittal; or

☐  a jury has been waived, and the Court has found the defendant not guilty; or

☐  the jury has returned its verdict, finding the defendant not guilty;

☒  of the offense(s) as charged in the Indictment/Information:
    43<74.;82"/"Korqtvcvkqp"qh"c"Eqpvtqnngf"Uwduvcpeg"*Hgnqp{+

Dated:  2/16/2022

Hon. Andrew G. Schopler
United States Magistrate Judge